JEFF H. GRANT (SBN 218974)
JGrant@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone:  (310) 598-4150
Facsimile:   (310) 556-9828

Timothy C. Matson (Pro Hac Vice)
tmatson@foxrothschild.com
FOX ROTHSCHILD LLP
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Telephone:  (612) 607-7000
Facsimile:   (612) 607-7100

Attorneys for Defendants and Counterclaimants
SCOTT ARCENEAUX JR. p/k/a SCRIM, ARISTOS PETROU p/k/a RUBY DA CHERRY; G59 Records, LLC and G59 Publishing, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL D. BEAUREGARD p/k/a DJ PAUL, an individual; and JORDAN HOUSTON p/k/a Juicy J, an individual,<br><br>Plaintiffs,<br>v.<br><br>SCOTT ARCENEAUX JR. p/k/a SCRIM, an individual; and ARISTOS PETROU p/k/a RUBY DA CHERRY, an individual; G59 RECORDS, LLC, a Louisiana limited liability company; UMG RECORDINGS, INC., a Delaware Corporation, individually and doing business as CAROLINE DISTRIBUTION and CAPITOL MUSIC GROUP.<br><br>Defendants. | Case No. 2:20-CV-05655-RSWL-AGR<br><br>Hon. Judge Ronald S.W. Lew<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs/Counter-Defendants and Defendants/Counterclaimants have reached a settlement in principle. Pursuant to L.R. 16-15.7, the parties hereby provide notice of this settlement, and jointly request that the Court order a stay of this action for a period of 30 days to allow the parties sufficient time to memorialize the terms of their settlement and to file a dismissal. The parties further request that the Court set a Status Conference to take place after 30 days to allow the parties sufficient time to finalize their settlement and file a dismissal.

Dated: October 2, 2020

Respectfully Submitted,

FOX ROTHSCHILD LLP

By: */s/ Jeffrey H. Grant*
Jeffrey H. Grant
Timothy C. Matson
Attorneys for Defendants and Counterclaimants, SCOTT ARCENEAUX JR. p/k/a SCRIM, ARISTOS PETROU p/k/a RUBY DA CHERRY; G59 Records, LLC and G59 Publishing, LLC

Dated: October 2, 2020

KING HOLMES PATERNO AND SORIANO LLP

By: */s/ Henry Gradstein*
Henry D Gradstein
John Snow
Attorneys for Plaintiffs and Counter-Defendants

1
NOTICE OF SETTLEMENT

Active\114560054.v1-10/2/20

**Attestation of Concurrence in Filing**

I, Jeff Grant, am the ECF user whose ID and password are being used to file the foregoing joint status update. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 2, 2020

*/s/ Jeff Grant*
Jeff Grant
Attorney for Defendants and Counterclaimants, SCOTT ARCENEAUX JR. p/k/a SCRIM, ARISTOS PETROU p/k/a RUBY DA CHERRY; G59 Records, LLC and G59 Publishing, LLC