JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PAUL D. BEAUREGARD p/k/a DJ PAUL, an individual; and JORDAN HOUSTON p/k/a JUICY J, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT ARCENEAUX JR. p/k/a SCRIM, an individual; and ARISTOS PETROU p/k/a RUBY DA CHERRY, an individual; G59 RECORDS, L.L.C., a Louisiana limited liability company; UMG RECORDINGS, INC., a Delaware Corporation, individually and doing business as CAROLINE DISTRIBUTION and CAPITOL MUSIC GROUP; CAPITOL RECORDS, LLC, a Delaware Corporation, individually and doing business as CAROLINE DISTRIBUTION and CAPITOL MUSIC GROUP; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-05655RSWL-AGRx<br><br>[**PROPOSED**] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO JOINT STIPULATION OF THE PARTIES |

1  Pursuant to the Joint Stipulation of Plaintiffs and Counter-Defendants Paul D. Beauregard and Jordan Houston ("Plaintiffs"); Defendants and Counterclaimants Scott Arceneaux Jr., Aristos Petrou, G59 Records, LLC, and G59 Publishing, LLC ("SSB Defendants"); and Defendants UMG Recordings, Inc. and Capitol Records, LLC, filed on October 7, 2020, this action, including all claims and counterclaims, is hereby dismissed with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 7, 2020

/S/ RONALD S.W. LEW
_____
Hon. Ronald S.W. Lew
United States District Judge